UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LEANNE MARIE PALMER,

       Plaintiff,

v.                                                           Case No. 1:13-cv-546
                                                             Hon. Hugh W. Brenneman, Jr.
COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C.

§ 405(g), and the case is remanded to the Commissioner for further proceedings as outlined in the

Opinion.

**IT IS SO ORDERED.**



Dated:  September 22, 2014                    /s/ Hugh W. Brenneman, Jr.
                                              HUGH W. BRENNEMAN, JR.
                                              United States Magistrate Judge